

REC'D BY ＿EB＿ D.C.

DEC 2 6 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**Lorence Jon Bielby**
BielbyL@gtlaw.com

Tallahassee
(850) 222-6891

December 19, 2018

**BY CM/ECF
AND BY U.S. MAIL**

Steven M. Larimore, Court Administrator
Clerk of Court
United States District Court - Southern District of Florida
Ft. Lauderdale Division
U.S. Federal Building and Courthouse
299 East Broward Boulevard #108
Fort Lauderdale, FL 33301

    Re:   *Cross Country Home Services, Inc., Plaintiff, v. THS Group LLC d/b/a Total Home Protection, Defendant*
          *United States District Court, Southern District, Fort Lauderdale Division, Case No. 0:18-cv-62242-WPD*

Dear Mr. Larimore:

    This firm represents plaintiff, Cross Country Home Services, Inc. ("CCHS"). Pursuant to the Court's November 29, 2018 Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge ("Order"), **Doc. 21**, counsel for the parties have selected a mediator, Herbert Stettin, Esq. Counsel will hereafter schedule one or more mediation conferences prior to the completion date as set forth in the Order.

    Please advise as to whether any additional information is required at this time. Thank you.

Sincerely,

Lorence Jon Bielby
For the Firm

LJB/mh
cc:  All counsel of record

FTL 112030585v1

**Greenberg Traurig, P.A. | Attorneys at Law**
101 East College Avenue | Tallahassee, FL 32301 | T +1 850.222.6891 | F +1 850.681.0207

www.gtlaw.com