UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 18-cv-62242- RKA-PMH

CROSS COUNTRY HOME SERVICES, INC.,

    Plaintiff,

v.

THS GROUP LLC D/B/A TOTAL HOME PROTECTION,

    Defendant.

CIVIL ACTION

**UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT THE JULY 16, 2019 STATUS CONFERENCE**

Defendant THS GROUP LLC D/B/A TOTAL HOME PROTECTION ("THS"), on consent of Plaintiff CROSS COUNTRY HOME SERVICES, INC., ("CCHS") hereby requests leave to appear telephonically at the July 16, 2019 Status Conference.

In support this Unopposed Motion, Defendant submits:

On July 9, 2019 THS filed two motions, including an unopposed motion to continue and reschedule the November 12, 2019 Trial Date, to extend discovery deadlines, to adjourn the mediation and for an extension of all other deadlines ( "Motion to Extend")[D.E. 48], and an unopposed motion for leave to file an affidavit of David Seruya in support of the Motion to Extend under seal [D.E. 47]. The following day, on July 10, 2019, the Court filed a Paperless Notice of Hearing, calling a Status Conference before The Hon. Roy K. Altman on July 16, 2019 at 2:30 p.m. [D.E. 49].

THS has no issue with the time of the Conference. However, as Counsel for THS is based

in New Jersey, THS hereby requests leave to appear at the Status Conference telephonically. THS submits that there will not be any prejudice to any party, or to the Court, by THS's counsel appearing telephonically, and that it would be a substantial burden for THS's counsel to appear at the status conference in person.

All parties hereto consent to the relief requested in this motion.

WHEREFORE, Defendant THS GROUP LLC D/B/A TOTAL HOME PROTECTION, on consent of Plaintiff CROSS COUNTRY HOME SERVICES, INC., hereby requests leave for Jonathan L. Leitman, Esq., as counsel for Defendant THS GROUP LLC D/B/A TOTAL HOME PROTECTION to appear telephonically at the July 16, 2019 status conference.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel represents that counsel for Plaintiff stated that Plaintiff does not oppose the relief sought herein.

                Respectfully submitted,

                /s/ *Jonathan L. Leitman.*
                Jonathan L. Leitman., Esq.
                *Admitted Pro Hac Vice*
                jleitman@janmeyerlaw.com
                Law Offices of Jan Meyer & Associates, P.C.
                1029 Teaneck Road, 2nd Floor
                Teaneck, New Jersey 07410
                Telephone: (201) 212-9770

                *Pro Hac Vice Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 12, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

> Rodal Law, P.A.
> *Attorneys for Plaintiff*
> 5300 N.W. 33rd Ave., Suite 219
> Ft. Lauderdale, Florida 33309
> Telephone: (954) 367-5308
>
> */s/Yechezkel Rodal*
> Yechezkel Rodal, Esq.
> Florida Bar No. 91210
> chezky@rodallaw.com