UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62242-CIV-ALTMAN/Hunt

**CROSS COUNTRY HOME SERVICES, INC.**,

    Plaintiff,

v.

**THS GROUP LLC** d/b/a **TOTAL HOME PROTECTION,**

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS MATTER** comes before the Court upon the parties' Unopposed Motion for Extension of Time to extend pretrial deadlines [ECF No. 48] and the Status Conference held on July 24, 2019. At the Status Conference, the parties agreed that this case should be stayed and administratively closed while the parties engage in settlement negotiations and the Defendant's proprietor, Mr. Seruya, recuperates from his illness. Accordingly, the Court hereby

**ORDERS** that the case is **STAYED**. The case shall be **ADMINISTRATIVELY CLOSED** without prejudice to the substantive rights of any of the parties. The parties may move to reopen the case at any time. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 24th day of July 2019.

    _____
    **ROY K. ALTMAN**
    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record