UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **CROSS COUNTRY HOME SERVICES, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **THS GROUP LLC D/B/A TOTAL HOME PROTECTION,** <br><br> **Defendant.** | CASE NO. 18-62242-CIV-ALTMAN/Hunt |

**PLAINTIFF, CROSS COUNTRY HOME SERVICES, INC.'S, MOTION TO CONTINUE THE DEADLINE FOR THE PARTIES TO SUBMIT THEIR JOINT PROPOSED <u>MEDIATION SCHEDULING ORDER</u>**

Plaintiff, Cross Country Home Services, Inc., n/k/a Cinch Home Services, Inc. (hereinafter "Cinch"), by and through its undersigned counsel and pursuant to, *inter alia*, this Court's July 2, 2020 Order Setting Trial And Pre-Trial Schedule, Requiring Mediation, And Referring Certain Matters To Magistrate Judge [ECF No. 62], and the Court's July 24, 2020 Order Granting ECF No. 63 Motion for Extension of Time [ECF No. 64], hereby moves for the entry of an order continuing the deadline for the parties to submit jointly their proposed order scheduling the date and time of their mediation, and as grounds therefore states:

1. On July 2, 2020, after reopening this case and lifting a previously entered stay, this Court entered an Order Setting Trial And Pre-Trial Schedule, Requiring Mediation, And Referring Certain Matters To Magistrate Judge (hereafter, "Order Setting Trial") [ECF No. 62], which included, *inter alia*, a deadline of July 22, 2020 that the "parties shall select a mediator in accordance with Local Rule 16.2; ***<u>schedule a time, date</u>***, and place ***<u>for mediation</u>***; and jointly file

a proposed order scheduling mediation in the form specified on the Court's website…." [ECF No. 62] (emphasis added).

2. The Order Setting Trial also set February 16, 2021 as the date that "[t]he parties must have completed mediation and filed a mediation report." [ECF No. 62].

3. In accordance with the Court's Order Setting Trial and previous orders of the Court, the parties renewed their prior agreement to select the Honorable Herbert Stettin as mediator.

4. Consistent with that agreement, the parties attempted to determine a mutually agreeable time and date to conduct the mediation with the Hon. Herbert Stettin within the February 16, 2021 deadline set forth in the Court's Order Setting Trial.

5. Specifically, counsel for Cinch were in communication with counsel for THS, Jonathan L. Leitman, and discussed potential dates to set the mediation. As of the July 22, 2020 deadline provided in the Order Setting Trial, THS's counsel had not been able to confirm THS's availability on the dates proposed, and therefore THS's counsel advised that they were agreeable to a "[two] 2 week adjournment of the date in which to schedule a mediation, such that [they] can confirm [their] client['s] availability[.]" [*See* ECF No. 63].

6. Thus, on July 22, 2020, the parties requested an additional two (2) weeks to submit jointly their proposed order scheduling the date and time of their mediation [*see* ECF No. 63], and the Court granted the request on July 24, 2020 [ECF No. 64], thereby ordering that "the parties shall submit their proposed order scheduling mediation by August 5, 2020." *Id.*

7. Following the entry of the Court's July 24, 2020 Order resetting the deadline to August 5th [ECF No. 64], counsel for Defendant, Yechezkel Rodal, Esq., and Jonathan L. Leitman, Esq., filed an Unopposed Motion To Withdraw As Counsel For Defendant THS Group LLC d/b/a Total Home Protection [ECF No. 65], therein moving the Court for leave to withdraw their

appearance as counsel for Defendant THS in this matter "[d]ue to irreconcilable differences[,]" [*id*.], and "request[ing the Court] to allow Defendant 21 days within which to retain new counsel." [*Id*.].

8. To date, the Motion to Withdraw as counsel for THS by attorneys Rodal and Leitman remains pending, and no new counsel for THS has entered an appearance or become known to Cinch.

9. Consequently, Cinch has been unable to further discuss potential dates to set the mediation with THS, or even confirm THS's availability on the dates previously proposed. Resultingly, Cinch is not in a position to be able to submit the parties' joint proposed order scheduling mediation by August 5, 2020.

10. Therefore, Cinch respectfully moves for the entry of an order continuing the current August 5, 2020 deadline for the parties to submit jointly their proposed order scheduling the date and time of their mediation until the sooner of: (a) two (2) weeks after the appearance of new counsel for THS; or (b) two (2) weeks after the expiration of the twenty-one (21) days requested in THS's counsels' Motion to Withdraw to allow THS to retain new counsel, i.e., until August 28, 2020.

11. The granting of this Motion will not prejudice any party.

12. Per USDC Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel for movant certifies that due to the pendency of THS's counsels' Motion to Withdraw [ECF No. 65], conferral with THS's current counsel regarding the relief requested and mediation scheduling would be futile.

## **CONCLUSION**

WHEREFORE, Plaintiff, Cross Country Home Services, Inc., n/k/a Cinch Home Services, Inc., by and through its undersigned counsel, respectfully requests for this Court to:

(1) grant its Motion;

(2) enter an order continuing the deadline for the parties to submit jointly their proposed order scheduling the date and time of their mediation until the sooner of: (a) two (2) weeks after the appearance of new counsel for THS; or (b) two (2) weeks after the expiration of the twenty-one (21) days requested in THS's counsels' Motion to Withdraw, i.e., until August 28, 2020; and

(3) grant such further and additional relief as the Court deems just and proper.

Date:   August 5, 2020                    Respectfully submitted,

*Attorneys for Plaintiff, Cross Country Home Services, Inc., n/k/a Cinch Home Services, Inc.*

**GREENBERG TRAURIG, P.A.**
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida  33301-4223
Telephone:  (954) 765-0500
Facsimile:  (954) 765-1477

*/s/  Glenn E. Goldstein*
GLENN E. GOLDSTEIN
Florida Bar No. 435260
Primary:  goldsteing@gtlaw.com
Secondary:  depasqualem@gtlaw.com
CARAN ROTHCHILD
Florida Bar No. 983535
Primary:  rothchildc@gtlaw.com
Secondary:  geistc@gtlaw.com

And

**GREENBERG TRAURIG, LLP**
200 Park Avenue, 38th Floor
New York, NY 10166
Telephone:  (212) 801-2256
Facsimile:  (212) 805-5571
DANIEL I. SCHLOSS
*Admitted Pro Hac Vice*
Primary:  SchlossD@gtlaw.com
Secondary:  SchaefferC@gtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 5, 2020 with the Clerk of Court using CM/ECF, which will send notice of electronic filing to the following:

YECHEZKEL RODAL, ESQ.
Florida Bar No. 91210
Email: chezky@Rodallaw.com
RODAL LAW, P.A.
5300 NW 33rd Ave., Ste. 219
Ft. Lauderdale, Florida 33309
Telephone: (954) 367-5308
Facsimile: (954) 900-1208

and

JONATHAN L. LEITMAN, ESQ.
Email: jleitman@janmeyerlaw.com
Secondary: relem@janmeyerlaw.com
LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.
1029 Teaneck Road, 2nd Floor
Teaneck, NJ 07666,
Telephone: (201) 862-9500

***Attorneys for Defendant THS Group LLC
d/b/a Total Home Protection***

*s/ Glenn E. Goldstein*
GLENN E. GOLDSTEIN

ACTIVE 51789758v2